IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEAN L. RAST, | * |
| | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 1:04-CV-3631-JTC-WEJ |
| | * |
| GMAC MORTGAGE CORPORATION | * |
| d/b/a Ditech.com, | * |
| | * |
| Defendant. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel of record that this action be and is hereby dismissed with prejudice.

| | |
|---|---|
| KELLEY, LOVETT, MULLIS & BLAKEY, P.C. | MCGUIREWOODS LLP |
| 2539 Lafayette Plaza Drive | 1170 Peachtree Street, N.E., Suite 2100 |
| P.O. Box 70879 | Atlanta, Georgia 30309 |
| Albany, GA 31708 | Telephone: (404) 443-5730 |
| Telephone: (229) 888-9128 | Facsimile: (404) 443-5784 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| | |
| By: /s/ F. Anthony Blakey | By: /s/ Curtis L. Mack |
|     F. Anthony Blakey |     Curtis L. Mack |
|     Georgia Bar No. 061817 |     Georgia Bar No.: 463636 |
|     Trial Counsel |     Milo S. Cogan |
| |     Georgia Bar No. 500813 |
| |     Trial Counsel |
| | |
| |     Mark S. Melodia, Esq. |
| |     REED SMITH LLP |
| |     136 Main Street, Suite 250 |
| |     P.O. Box 7839 |
| |     Princeton, New Jersey 08543-7839 |
| |     Telephone: (609) 987-0050 |
| |     Facsimile: (609) 951-0824 |
| | |
| Dated: January, 13st, 2006 | Dated: January, 13st, 2006 |

Copies Furnished To:

Milo S. Cogan, Esq.
MCGUIREWOODS LLP
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia  30309

Mark S. Melodia, Esq.
REED SMITH LLP
136 Main Street, Ste. 250
Princeton, N.J. 08543

F. Anthony Blakey, Esq.
KELLEY, LOVETT, MULLIS & BLAKEY, P.C.
2539 Lafayette Plaza Drive
P.O. Box 70879
Albany, GA 31708